IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MON B. RAI,<br><br>　Plaintiff,<br><br>v.<br><br>LINDNER USA, INC.; LINDNER GROUP SE; SMITH, GAMBRELL & RUSSELL, LLP,<br><br>　Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-06904-VMC-JEM |

## ORDER DIRECTING SERVICE

Because Plaintiff's request to proceed *in forma pauperis* was granted, (Doc. 2), the Court now **DIRECTS** and **ORDERS** the following procedures for service of process.

### I. INITIAL DISCLOSURES

The Court has prepared a form, Initial Disclosures, which the parties are required to use. *See* LR 26.1(B), NDGa. Plaintiff is required to complete the Initial Disclosures form in its entirety without any modifications or deletions. Although proceeding pro se, Plaintiff is required to provide this information. The Clerk of the Court, therefore, is **DIRECTED TO FORWARD** to Plaintiff a copy of the form Plaintiff's Initial Disclosures found in Appendix B of the Local Rules of this Court.

Plaintiff is **ORDERED** to complete the disclosures pursuant to the instructions in the form and return them to the Clerk of Court within **21 days** from the date of this Order to allow service of a complete copy of Plaintiff's disclosures, along with the Summons and Complaint, upon Defendants. This action shall proceed no further until Plaintiff's Initial Disclosures are completed and returned.

## II.   SERVICE FORMS

Because the Court has granted Plaintiff leave to proceed *in forma pauperis*, officers of the Court are charged with issuing and effecting service of process. Therefore, the Clerk of the Court is **DIRECTED TO FORWARD** along with the Initial Disclosures sufficient USM 285 forms and Summons forms to Plaintiff. Upon receipt, Plaintiff is **ORDERED** to complete the forms and return them to the Clerk within **21 days** from the date of this Order, along with copies of the Complaint, and Initial Disclosures, so that process may be served upon Defendants. Plaintiff is admonished that this action shall proceed no further until these forms are returned, and that failure to comply with this Order in a timely fashion may result in dismissal of this action. LR 41.3, NDGa. If Plaintiff fails to comply, the Clerk is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge.

Upon receipt of the forms by the Clerk, the Clerk is **DIRECTED** to prepare a service waiver package for each Defendant properly named as a Defendant. The service waiver package must include for each such Defendant the following: (1) one copy of the Complaint; (2) two Notice of Lawsuit and Request for Waiver

of Service of Summons forms (prepared by the Clerk); (3) two Waiver of Summons Forms (prepared by the Clerk); (4) an envelope addressed to the Clerk of Court with adequate first class postage for use by Defendant to return the waiver form; (5) one copy of Plaintiff's Initial Disclosures; (6) one copy of the Court's January 26, 2026, Order (Doc. 2); and (7) one copy of this Order.  The Clerk shall retain the USM 285 forms and the Summonses.

Upon completion of the service waiver packages, the Clerk is **DIRECTED** to complete the lower portion of the Notice of Lawsuit and Request for Waiver form and to mail the service waiver package to Defendants.  Defendants have a duty to avoid unnecessary costs of serving the Summons.  If Defendants fail to comply with the Request for Waiver of Service, Defendants must bear the costs of personal service unless good cause can be shown for failure to return the Waiver of Service form.

In the event Defendants do not return the Waiver of Service form to the Clerk of Court within **35 days** following the date the service waiver package was mailed, the Clerk is **DIRECTED** to prepare and transmit to the U.S. Marshal's Service a service package for any Defendant who failed to return the waiver form.  The service package must include the USM 285 form, the Summons, and one copy of the Complaint.  Upon receipt of the service package(s), the U.S. Marshal **SHALL** personally serve any Defendant who failed to waive service.  The executed waiver form or the completed USM 285 form **SHALL** be filed with the Clerk.

Following service of the Amended Complaint upon Defendants, Plaintiff **SHALL BE REQUIRED TO SERVE** upon Defendants, or counsel for Defendants, a copy of every additional pleading or other document which Plaintiff submits to the Clerk of the Court. Plaintiff shall include with each paper so filed a certificate stating the date on which an accurate copy of that paper was mailed to Defendants or counsel for Defendants. This Court will disregard any papers submitted which have not been properly filed with the Clerk, or which do not include a certificate of service. Plaintiff **IS ALSO REQUIRED** to keep the Court and Defendants advised of Plaintiff's current address and telephone number at all times during the pendency of this action. Failure to do so may result in dismissal of Plaintiff's complaint. *See* LR 83.1(D)(3), 41.2(B), NDGa.

**SO ORDERED AND DIRECTED**, January 27, 2026.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE