**DOCUMENTS ASSOCIATED
WITH CIVIL CASES PENDING
IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
FEB 17 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# I. INITIAL DISCLOSURES

A. Plaintiff's Initial Disclosures.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ATLANTA_____ DIVISION

MON B. RAI

v.

LINDNER USA, INC.
LINDNER, GROUP SE
AUBREY STONE
SMITH GAMBRELL RUSSELL
LLP.

Civil Action No. 1:25-cv-06904-VMC-JEM

## PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

THIS IS AN Employment discrimination and retaliation brought under Title VII of THE CIVIL RIGHTS ACT OF 1964. I WAS employed by LINDNER USA, INC. DURING MY EMPLOYMENT, I EXPERIENCE DISCRIMINATORY TREATMENT based on my race & color by two COWORKER. I REPORTED THESE CONDUCTS TO HR, AUBREY STONE, I believe my complaints were not properly investigated and no meaningful corrective actions were taken. BECAUSE I believe my concerns were not being addressed and I was only advised not to take THE URGENT PERSONAL call in the company where similarly situated employees weren't.

I escalated the complaints to my supervisor AND THE PRESIDENT OF LINDNER USA, MARCO about discriminatory treatment and mishandling of my prior complaints. LESS THAN 24 Hours,

of making my complaint, my employment was terminated on October, 09, 2024. THE Human Resource manager about whom I raised concerns participated in or was involved in the decision to terminate my employment.

I contend that my termination occurred in retaliation FOR ENGAGING IN PROTECTED ACTIVITY UNDER 42.U.S.C § 2000e-3(a). I FURTHER CONTEND THAT LINDNER USA, INC AND LINDNER, GROUP SE operate as an integrated enterprise and meet the definition of employer UNDER 42 U.S.C § 2000e(b).

(Rev. 03/01/11)   APP.B - 2

THE legal issues in this case include whether I was subjected to discrimination based on race, color, whether I was retaliated against for reporting that conduct, whether defendants qualifies as an employer under title VII and whether I am entitled to relief for the damages I suffered.

---

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

This action is governed by Title VII of civil rights act of 1964, 42 U.S.C § 2000 e et. seq. Including:

* 42 U.S.C. § 2000e-2(a) which prohibits discrimination based on race and color

* 42 U.S.C § 2000 e-3(a) which prohibits retaliation against employee for opposing unlawful practices.

* 42 U.S.C § 2000 e(b), which defines "employer" under title VII

---

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying

as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

_____

_____

_____

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

NONE_____

_____