**RECEIVED OVER THE COUNTER**





RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 17 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MON B. RAI | 1:25-CV-6904-VMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LINDNER USA INC, LINDNER GROUP SE, AUBREY STONE, SMITH GRAMBRELL & RUSSELL, LLP. | |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

HANS-MICHAEL KRAUS (SMITH, GRAMBRELL & RUSSELL, LLP) - REGISTERED AGENT

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1105 W. PEACHTREE ST NE, SUITE 1000, ATLANTA, GA 30309

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MON B. RAI<br>5144 E PONCE DE LEON AVE, APT-1<br>STONE MOUNTAIN, GA 30083 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>678-847-7418 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MON B. RAI | 1:25-CV-6904-VMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LINDNER USA, INC, LINDNER GROUP SE, AUBREY STONE, SMITH BRAMBELL & RUSSELL LLP | |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

HANS-MICHAEL KRAUS (SMITH, GRAMBXELL AND RUSSELL, LLP (REGISTERED AGENT)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1105 W. PEACHTREE ST NE, SUITE 1000, ATLANTA, GA 30309

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MON B. RAI <br> 5144 E PONCE DE LEON AVE, APT-i <br> STONE MOUNTAIN, GA 30083 | Number of process to be served with this Form 285 <br><br> Number of parties to be served in this case <br><br> Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER <br> 678-847-7418 | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin <br> No. | District to Serve <br> No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am <br> ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MON B. RAI | 1:25-CV-6904-VMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LINDNER USA, INC, LINDNER GROUP SE, AUBREY STONE, SMITH, GRAMBRELL, RUSSEL LLP | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | HANS-MICHAEL KRAUS. (SMITH, GRAMBRELL & RUSSELL, LLP) - REGISTERED AGENT |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 1105 W. PEACHTREE ST NE, SUITE 1000, ATLANTA, GA 30309 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MON B. RAI<br>5144 E PONCE DE LEON AVE, APT-i<br>STONE MOUNTAIN, GA 30083 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>678-847-7418 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

<table>
<tr><td>

MON B. RAI

_____
*Plaintiff(s)*

v.

LINDNER USA, INC, LINDNER GROUP SE ;
AUBREY STONE ; SMITH, GRAMBRELL &
RUSSELL , LLP

_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.  1:25-CV-6904-VMC

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINDNER GROUP SE, AUBREY STONE, SMITH, GRAMBRELL & RUSSELL, LLP
LINDNER USA, INC, LINDNER GROUP SE, AUBREY STONE, SMITH, GRAMBRELL, & RUSSELL, LLP) - REGISTERED AGENT
ATTENTION: HANS-MICHAEL KRAUS (SMITH, GRAMBRELL, & RUSSELL, LLP) - REGISTERED AGENT
1105 W. PEACHTREE ST NE, SUITE 1000, ATLANTA, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MON B. RAI
5144 E PONCE DE LEON AVE, APT- 1
STONE MOUNTAIN GA 30083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-CV-6904-VMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

|  |  |  |
|---|---|---|
| MON B. RAI <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> LINDNER USA, INC, LINDNER GROUP SE; AUBREY STONE ; SMITH, GRAMBRELL & RUSSELL, LLP <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:25-CV-6904-VMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LINDNER USA, INC, LINDNER GROUP SE, AUBREY STONE, SMITH, GRAMBRELL & RUSSELL, LLP
ATTENTION: HANS- MICHAEL KRAUS (SMITH, GRAMBRELL & RUSSELL, LLP) - REGISTERED AGENT
1105 W. PEACHTREE ST NE, SUITE 1000, ATLANTA, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MON B. RAI
5144 E PONCE DE LEON AVE, APT-i
STONE MOUNTAIN, GA 30083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-CV-6904-VMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

<table>
<tr><td>
MON B. RAI

_____
<i>Plaintiff(s)</i>

v.

LINDNER USA, INC, LINDNER GROUP SE;
AUBREY STONE ; SMITH, GRAMBRELL &
RUSSELL, LLP

_____
<i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No. 1:25-CV-6904-VMC
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: <i>(Defendant's name and address)</i>

LINDNER USA, INC, LINDNER GROUP SE, AUBREY STONE, SMITH, GRAMBRELL & RUSSELL, LLP
ATTENTION: HANS- MICHAEL KRAUS (SMITH, GRAMBRELL & RUSSELL, LLP) - REGISTERED AGENT
1105 W. PEACHTREE ST NE, SUITE 1000, ATLANTA, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MON B. RAI
5144 E PONCE DE LEON AVE, APT-i
STONE MOUNTAIN, GA 30083.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
<i>CLERK OF COURT</i>

Date: _____                    _____
                                          <i>Signature of Clerk or Deputy Clerk</i>

Civil Action No. 1:25-CV-6904-VMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: